### 20699. MORROW v. THE STATE.

BROYLES, C. J. The evidence amply authorized the defendant's conviction of possessing whisky, and the failure of the court to instruct the jury upon the law of confessions was not error, in the absence of an appropriate written request.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED OCTOBER 8, 1930.

*E. D. Smith,* for plaintiff in error.
*S. W. Ragsdale, solicitor-general,* contra.